ELECTRONICALLY FILED

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION
CASE NO. _____**

| | |
|---|---|
| JOHN WARDIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **NOTICE OF REMOVAL** |
| ) | |
| JUSTICE AND PUBLIC SAFETY CABINET ) | |
| DEPARTMENT OF JUVENILE JUSTICE, and ) | |
| ) | |
| CAMPBELL REGIONAL JUVENILE ) | |
| DETENTION CENTER ) | |
| ) | |
| Defendants. ) | |
| ) | |

In accordance with the provisions of 28 U.S.C. § 1446, NOTICE IS GIVEN as follows:

1. Defendant Department of Juvenile Justice, Campbell Regional Juvenile Detention Center ("Department of Juvenile Justice") hereby removes this action from the Circuit Court of Campbell County, Kentucky where it was commenced and is presently pending (Civil Action No. 11-CI-00372) to the United States District Court for the Eastern District of Kentucky, Covington Division, Kentucky. A true copy of the Plaintiff's Complaint ("Complaint") is attached hereto as Exhibit A. Exhibit A constitutes all process, pleadings and other papers which have been served upon the Department of Juvenile Justice in this action.

2. The Complaint was filed in this action on March 14, 2011 and the Department of Juvenile Justice was served with the Complaint and Summons on March

15, 2011. Therefore, the time within which the Department of Juvenile Justice is required to file a Notice of Removal to this Court has not expired.

3. This Court has original jurisdiction of this action under the provisions of 28 U.S.C. § 1331 (federal question jurisdiction), 42 U.S.C. §12101 *et seq.*. Plaintiff's Complaint brings this suit under the Americans with Disabilities Act. This action may be removed from the Campbell Circuit Court pursuant to the provisions of 28 U.S.C. §1441 because this is a civil action based upon a claim arising under the Constitution, treaties or laws of the United States. Furthermore, this court has supplemental jurisdiction under 28 U.S.C. §1367 on the remaining claims in this action, Kentucky's anti-discrimination statute KRS 344.010 *et seq.* and wrongful discharge, because they share a common nucleus of operative fact with the Americans with Disability Act claim.

4. Removal to this district and division is proper under 28 U.S.C. § 1441 because this is the district and division embracing the place where the action is pending. Further, Plaintiff's claims arise from events and omissions that Plaintiff alleges occurred in this division.

5. Written notice of the filing of this Notice of Removal is being promptly given to Plaintiff's counsel and a copy of this Notice of Removal is being promptly filed with the Clerk of the Campbell Circuit Court as required by 28 U.S.C. § 1446(d), which provides that the State Court shall proceed no further and that this Notice effects the removal.

ELECTRONICALLY FILED

                        Respectfully submitted,

                        ___*/s/Jamhal Woolridge*_____
                        Jamhal Woolridge, Esq.
                        Office of Legal Services
                        Justice & Public Safety Cabinet
                        1025 Capital Center Drive
                        Frankfort, KY 40601
                        Phone: (502) 573-2738 x.484
                        Fax: (502) 573-0836
                        COUNSEL FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of March, 2011, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

N. Jeffrey Blankenship, Esq.
Monohan & Blankenship
7711 Ewing Boulevard
Suite 100
Florence, KY 41041

Randy J. Blankenship
Blankenship, Massey & Steelman
504 Erlanger Road
Erlanger, KY 41018

COUNSEL FOR PLAINTIFF

                        ___*/s/Jamhal Woolridge*_____
                        COUNSEL FOR DEFENDANT