UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | | |
|---|---|---|
| JOHN WARDIA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2: 11-56-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| JUSTICE AND PUBLIC SAFETY CABINET DEPARTMENT OF JUVENILE JUSTICE, et al., | ) ) ) | **JUDGMENT** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the Memorandum Opinion and Order entered this date, it is hereby

**ORDERED** and **ADJUDGED** as follows:

(1)   Judgment is entered in favor of Defendants Justice and Public Safety Cabinet Department of Juvenile Justice and Campbell County Regional Juvenile Detention Center with respect to all claims asserted herein by Plaintiff John Wardia.

(2)   All claims having been resolved, this action is **DISMISSED** and **STRICKEN** from the Court's docket.

(3)   This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 23rd day of March, 2012.



Signed By:
*Danny C. Reeves* DCR
United States District Judge