UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION
CASE NO. 2:11-CV-00056

**JOHN WARDIA**                                                          **PLAINTIFF**

**v.**

**JUSTICE AND PUBLIC SAFETY CABINET**
**DEPARTMENT OF JUVENILE JUSTICE, et al.**         **DEFENDANTS**

## NOTICE OF APPEAL

Now comes the Plaintiff, John Wardia, and hereby gives notice to the Court and to all parties of his appeal to the United States Court of Appeals for the Sixth Circuit, from the Decision and Judgment of the United States District Court, Eastern District of Kentucky, entered on March 23, 2012.  Plaintiff, John Wardia, shall be the Appellant.  Defendants, Justice and Public Safety Cabinet, Department of Juvenile Justice and the Campbell County Regional Detention Center, shall be the Appellees.

Respectfully submitted,

*/s/ N. Jeffrey Blankenship*
N. Jeffrey Blankenship (#05795)
Monohan & Blankenship
7711 Ewing Boulevard, Suite 100
Florence, KY 41042
859-283-1140
859-283-5155 (Fax)
jeff@kyattys.com

*/s/ Randy J. Blankenship*
Randy J. Blankenship (#81924)
Blankenship, Massey & Associates
504 Erlanger Road
Erlanger, KY 41018
859-426-9000
859-426-9001 (Fax)
rblankenship@nkylawyers.com
Attorneys for Plaintiff

**Certificate of Service**

I hereby certify that this 27th day of March, 2012, I mailed and/or faxed a copy of the foregoing to all involved parties or their attorney of record.

*/s/ N. Jeffrey Blankenship*
cc:   Jamhal Woolridge, Esq.
      Office of Legal Services
      Justice and Public Safety Cabinet
      1025 Capital Center Drive
      Frankfort, KY 40601