# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 12-5337

_____

Filed: January 31, 2013

JOHN WARDIA

        Plaintiff - Appellant

v.

JUSTICE AND PUBLIC SAFETY CABINET DEPARTMENT OF JUVENILE JUSTICE; CAMPBELL COUNTY REGIONAL JUSTICE DEPARTMENT OF CORRECTIONS

        Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 01/03/2013 the mandate for this case hereby issues today.

COSTS: None